No. 263. WATWOOD v. DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl L. Shipley* for petitioner. *Vernon E. West, Chester H. Gray* and *Hubert B. Pair* for respondent.

No. 268. PACIFIC FAR EAST LINES, INC., v. WILLIAMS. C. A. 9th Cir. Certiorari denied. *John Hays* for petitioner. *Melvin M. Belli* for respondent.

No. 275. VANITY FAIR MILLS, INC., v. T. EATON CO., LTD., ET AL. C. A. 2d Cir. Certiorari denied. *Harry A. Toulmin, Jr.* for petitioner. *Cornelius W. Wickersham* for respondents.

No. 281. NEWELL v. NEWELL ET AL. Supreme Court of Idaho. Certiorari denied. *Don J. McClenahan* for petitioner. *W. D. Eberle* for respondents.

No. 303. GRENGS v. TWENTIETH CENTURY FOX FILM CORP. ET AL. C. A. 7th Cir. Certiorari denied. *Abram F. Myers* for petitioner. *J. Gilbert Hardgrove* for Twentieth Century Fox Film Corporation et al., *Maxwell H. Herriott* for Fox Wisconsin Theatres, Inc., et al., and *George L. Ruder* for Wausau Theatres Co., respondents.

No. 314. PRESTON ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *John W. Preston* and *Oliver O. Clark* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *John C. Harrington* for the United States.